# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1926
LT Case No. 2014-CF-1886

_____

BLAKE AUSTIN MCREYNOLDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Blake A. McReynolds, Cross City, pro se.

No Appearance for Appellee.

April 2, 2024

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____